**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.

                             CASE NO.  3:99-cr-88-J-33HTS

WALTER BERNARD JONES

_____/

**ORDER**

     This matter comes before the Court pursuant to Defendant's Motion for Leave of Court to Proceed Pro-Se on Motion for Reconsideration (Doc. # 203), which was filed on May 8, 2008, Defendant's Motion for Reconsideration (Doc. # 215), which was filed on July 7, 2008, and Defendant's Supplement (Doc. # 221), which was filed on October 27, 2008. For the reasons that follow, this Court allows Defendant to proceed pro se but denies Defendant's motion for reconsideration.

     On January 22, 2008, Defendant filed his pro se Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. # 184).  On March 12, 2008, this Court appointed the Office of the Public Defendant to represent Defendant and directed the Public Defender and the United States Attorney's Office to address the issue of whether Defendant was entitled to a reduction of his sentence.  (Doc. # 196).  The Court also requested the United States Probation Office to prepare a

supplemental presence report regarding Defendant's eligibility for a sentence reduction. (Doc. # 196). Counsel for the Defendant and counsel for the Government entered into a stipulation, consistent with Probation's supplemental presentence report, agreeing that Defendant was entitled to a sentence reduction. (Doc. # 198). Thereafter, on April 15, 2008, this Court entered an Order reducing Defendant's term of imprisonment by forty months (from 175 months to the greater of 135 months, or time-served). (Doc. # 199).

On April 25, 2008, though Defendant was represented by counsel, James H. Burke, Jr., Esq., Defendant filed a pro se motion for reconsideration of this Court's April 15, 2008, Order reducing Defendant's sentence. (Doc. # 200). The Court denied Defendant's pro se motion without prejudice on April 28, 2008. (Doc # 201). Thereafter, Defendant's counsel moved to withdraw his representation of Defendant, and in an Order dated June 17, 2008, this Court allowed counsel to withdraw and allowed Defendant to proceed pro se. (Doc. ## 204, 205). Accordingly, Defendant's motion for leave to proceed pro se was granted effective as of June 17, 2008.

By his motion for reconsideration (Doc. # 215) and supplement (Doc. # 221), Defendant requests that this Court reconsider its Order of April 15, 2008 (Doc. # 199), which

granted Defendant a forty-month sentence reduction. Specifically, Defendant requests that this Court further reduce his sentence to 120 months or time served. (Doc. # 221). Defendant asserts: "This Honorable Court now has full discretion to impose a sentence that reflects Petitioner's offense of conduct. Petitioner resubmits that he never bought or sold drugs and was only convicted of conspiracy because he introduced a buyer and a supplier." (Doc. # 221 at 2). Defendant further asserts that he "made a stupid mistake where he was not even interested in making money but was only doing a so-called friend a favor." (Id. at 3).

This Court has considered Defendant's request for reconsideration and supplemental filing; however, after due consideration, this Court finds it appropriate to deny the motion. Defendant received the full benefit of the retroactive amendments to the United States Sentencing Guidelines, and while the Court appreciates Defendant's remarks, this Court is not inclined to revisit its Order reducing Defendant's sentence by forty months. Thus, Defendant's motion for reconsideration is due to be denied.

Accordingly, it is

**ORDERED, ADJUDGED, and DECREED**

(1) Defendant's Motion for Leave of Court to Proceed Pro-Se

on Motion for Reconsideration (Doc. # 203) is **GRANTED**.

(2) Defendant's Motion for Reconsideration (Doc. # 215) is **DENIED**.

**DONE** and **ORDERED** in Jacksonville, Florida, this <u>2nd</u> day of December, 2008.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

Defendant

All Counsel of Record

U.S. Probation Office