UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

**v.**                                     CASE NO. 3:99-cr-88-J-33HTS

**WALTER BERNARD JONES**
_____/

### ORDER

This matter is before the Court pursuant to *pro se* Defendant's Emergency Motion for Immediate Release Pursuant to 18 U.S.C. 3582(c) (the "Motion" Doc. # 225), which was filed on July 7, 2009. For the reasons that follow, this Court will deny the Motion.

On January 22, 2008, Defendant filed a *pro se* Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. # 184). On March 12, 2008, this Court appointed the Office of the Public Defender to represent Defendant and directed the Public Defender and the United States Attorney's Office to address the issue of whether Defendant is entitled to a reduction of his sentence. (Doc. # 196). The Court also requested the United States Probation Office to prepare a supplemental presentence report regarding Defendant's eligibility for a reduction in his sentence. (Doc. # 196).

The Public Defender and the United States Attorney entered into stipulation, consistent with Probation's

supplemental presentence report, agreeing that Defendant is entitled to a reduction in sentence. (Doc. # 198). Thereafter, on April 15, 2008, this Court entered an Order reducing Defendant's term of imprisonment from 175 months to 135 months, or time-served, whichever is greater. (Doc. # 199).

After receiving a 40 month sentence reduction, Defendant filed several motions for reconsideration of the Court's Order. (Doc. ## 200, 215, 223). Defendant's present Motion is another motion for reconsideration, in which Defendant seeks an order further reducing his sentence. Particularly, Defendant seeks immediate release. Defendant's successive motion for reconsideration is not supported by law, and Defendant is not entitled to further reduction of his sentence.

Accordingly, it is

**ORDERED, ADJUDGED, and DECREED**

Defendant's Emergency Motion for Immediate Release Pursuant to 18 U.S.C. 3582(c)(Doc. # 225) is **DENIED**.

**DONE** and **ORDERED** in Jacksonville, Florida, this <u>8th</u> day of July 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:
Defendant
All Counsel of Record
U.S. Probation Office
Bureau of Prisons